IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 09-mc-00031-MJW

INTERNAL REVENUE SERVICE,

Petitioner,

v.

All Monies up to $210,053.00
in account # 11070-0-009
held in the name of Hwan Yang Simpson & Daniel E. Watson
at Pike Peak Credit Union,

Respondent.

---

MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Unopposed Motion to Vacate Court's Order for United States to Respond to Movants' Request [Motion] for Immediate Release of Seized Property-Verbal Settlement (Docket No. 16) and the Unopposed Motion to Vacate Court's Order for United States to Respond to Movants' Request [Motion] for Pardon - Verbal Settlement (Docket No. 17) are both granted.  Therefore, the Petitioner Internal Revenue Service need not file a response to Respondents Watson and Simpson's (1) Request [Motion] for Immediate Release of Seized Property (docket no. 11) and (2) Request [Motion} for Pardon (docket no. 12) as previously directed.

Date: July 8, 2009