IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-MC-0031 MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

All Monies up to $210,153.00 in bank account
#11070-009 held at Pikes Peak Credit Union, in
the name of Daniel Watson and Hwan Yu Simpson,

    Defendants.

---

ORDER (Docket No. 22)

---

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss, and the Court having read said motion and being fully advised in the premises;

FINDS THAT the United States and Claimants have resolved all issues in this matter; and

THAT based upon the Settlement Agreement between the parties, the Claimants pending motions are now moot and the case should be dismissed.

NOW THEREFORE, IT IS ORDERED that the case is dismissed.

SO ORDERED this 23rd day of October, 2009.

                                      Michael J. Watanabe
                                      United States Magistrate Judge